IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APRIL PAYAN,

    Plaintiff,

v().                                                       Case No. 12-cv-1045 WJ/SMV

THE VILLAGE OF RUIDOSO,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 13], filed February 7, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 19], filed March 6, 2013.

                                                              _____
                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**