UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**APRIL PAYAN,**

    **Plaintiff,**

v.                                          No. CIV-12-01045 WJ/SMV

**THE VILLAGE OF RUIDOSO,**

    **Defendant.**

### STIPULATED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT WITNESS REPORT DEADLINE

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Expert Witness Report Deadline in the above-captioned matter and the Court, having reviewed said Motion (and, in particular, having noted that Plaintiff does not oppose Defendant's Motion), hereby finds that Defendant's Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the deadline to submit the expert report concerning an Independent Psychological Evaluation ("IPE") be, and the same hereby is, extended to 20 days after the completion of an IPE on Plaintiff.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ATWOOD, MALONE, TURNER & SABIN, P.A.

By  **Electronically Submitted on 07/03/13**
      Bryan Evans
      Barbara Smith
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendant*

GILPIN LAW FIRM, LLC


By  **Electronically Approved on 07/03/13**
      Donald L. Gilpin
      6100 Indian School Rd., N.E., Suite 201
      Albuquerque, NM 87110
      (505) 244-3861
*Attorneys for Plaintiff*