UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

APRIL PAYAN,

    Plaintiff,

v.                                      No. CIV-12-01045 WJ/SMV

THE VILLAGE OF RUIDOSO,

    Defendant.

**STIPULATED ORDER ON DEFENDANT THE VILLAGE OF RUIDOSO'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CONTINUANCE OF SETTLEMENT CONFERENCE**

THIS MATTER having come before the Court upon Defendant The Village of Ruidoso's Unopposed Motion for Extension of Discovery Deadline and Continuance of Settlement Conference in the above-captioned matter and the Court, having reviewed said Motion and, in particular, having noted that Plaintiff does not oppose Defendant's Motion, hereby finds that Defendant's Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery deadline is extended to November 3, 2013, and the settlement conference, currently scheduled for September 20, 2013, be, and the same hereby is, continued. The Court will reschedule the settlement conference after November 3, 2013.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

APPROVED:

ATWOOD, MALONE, TURNER & SABIN, P.A.


By  **Electronically Submitted on 09/16/13**
      Bryan Evans
      Barbara Smith
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendant The Village of Ruidoso*


GILPIN LAW F IRM, LLC


By  **Electronically Approved on 09/13/13**
      Donald L. Gilpin
      6100 Indian School Rd., N.E., Suite 201
      Albuquerque, NM 87110
      (505) 244-3861
*Attorney for Plaintiff*