IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APRIL PAYAN,

    Plaintiff,

v.                                           No. 12-cv-1045 WJ/SMV

THE VILLAGE OF RUIDOSO,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:     October 25, 2013, at 11:00 a.m.

    **Matter to be heard**:   Reschedule the Settlement Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **October 25, 2013, at 11:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                             _____
                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.