IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APRIL PAYAN,

    Plaintiff,

v.                                                                                                          No. 12-cv-1045 WJ/SMV

THE VILLAGE OF RUIDOSO,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    March 26, 2014, at 9:00 a.m.

    **Matter to be heard**:  Reschedule the Settlement Conference

    **IT IS ORDERED** that a telephonic status conference is hereby set for **March 26, 2014, at 9:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.